```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   PALANI KARUPAIYAN,                                        :
                                   Plaintiff,                :
                                                             :         21 Civ. 4675 (LGS)
                  -against-                                  :
                                                             :               ORDER
   EXPERIS IT, et al.,                                       :
                                   Defendants.               :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pre-trial conference in this matter is scheduled for December 16, 2021, at 10:40 a.m. (Dkt. No. 29.)

WHEREAS, on August 18, 2021, Defendants filed a pre-motion letter in anticipation of a motion to dismiss the operative complaint (the "Motion"). (Dkt. No. 16.)

WHEREAS, on October 6, 2021, the parties filed a joint letter and proposed case management plan. (Dkt. Nos. 22, 23.) The joint letter stated that Plaintiff, proceeding pro se, intended to file an amended complaint. (*See* Dkt. No. 22.) It is hereby

**ORDERED** that the initial pre-trial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. It is further

**ORDERED** that, by **January 11, 2022**, Plaintiff shall file any amended complaint, addressing to the extent possible the alleged deficiencies identified by Defendants' pre-motion letter. It is further

**ORDERED** that, by **January 25, 2022**, Defendants shall answer the amended complaint or file the Motion, which shall be briefed according to the following schedule:

- By **January 25, 2022**, Defendants shall file the Motion with a memorandum

of law not to exceed 25 pages.

- By **February 8, 2022**, Plaintiff shall file any opposition, not to exceed 25 pages.

- By **February 15, 2022**, Defendant shall file any reply in support of the Motion, not to exceed 10 pages.

The parties shall comply with this Court's Individual Rules in filing the Motion and supporting papers.  It is further

**ORDERED** that, discovery in this case is stayed pending resolution of the Motion.

Dated: December 13, 2021
       New York, New York

                                                                    _____
                                                                    **LORNA G. SCHOFIELD**
                                                                    **UNITED STATES DISTRICT JUDGE**