UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PALANI KARUPAIYAN,
                        Plaintiff,

                                    21 Civ. 4675 (LGS)

          -against-

                                    ORDER

EXPERIS IT, et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on September 15, 2022, an Opinion and Order issued granting in part and denying in part Defendants' motion to dismiss. This Opinion and Order stated that a conference regarding next steps would be scheduled separately. It is hereby

       **ORDERED** that the parties shall appear for a status conference on **October 5, 2022, at 4:10 p.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: September 16, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE