UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PALANI KARUPAIYAN,
                         Plaintiff,

            -against-

EXPERIS US INC., et al.,
                         Defendants.
------------------------------------------------------------X

21 Civ. 4675 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Opinion and Order issued September 15, 2022, granted in part and denied in part Defendants' motion to dismiss. On October 5, 2022, a conference was held regarding Plaintiff's surviving claims and next steps in this litigation. It is hereby

**ORDERED** that Defendants shall file a letter with the court by **October 12, 2022**, regarding their willingness to participate in settlement discussions before the Hon. Sarah L. Cave. It is further

**ORDERED** that if Defendants wish to argue that Plaintiff's alleged non-receipt of the EEOC letter, as discussed at the October 5 conference, requires dismissal of her claims, they will file a letter stating so by **October 12, 2022**. If no letter to this effect is received, the Court will assume Defendants do not plan to so argue. It is further

**ORDERED** that while any settlement discussions are ongoing, the parties shall engage in discovery. A scheduling order and case management plan will issue separately.

Dated: October 6, 2022
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE