UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PALANI KARUPAIYAN, :
:
                    Plaintiff, :      21 Civ. 4675 (LGS)
        -v- :      **AMENDED**
:      CIVIL CASE
EXPERIS IT, et al., :      MANAGEMENT PLAN
                    Defendants. :      AND SCHEDULING
:      ORDER
------------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

1.     All discovery shall be completed no later than ~~February 2, 2023~~ **March 3, 2023**.

2.     Status Letters and Conferences

    a.    By **December 5, 2022**, the parties shall submit a status letter, as outlined in Rule IV.A.2 in the Individual Rules and Practices for Civil Cases available at https://nysd.uscourts.gov/hon-lorna-g-schofield.

    b.    By ~~February 16, 2023~~ **March 17, 2023**, all counsel must confer to discuss settlement and jointly advise the Court in writing whether or not they request a referral for settlement discussions with the assigned Magistrate Judge or the Court's mediation program.

    c.    On ~~February 22, 2023, at 4:10 p.m.~~ **March 22, 2023, at 4:10 P.M.** *[usually 14 days after the close of discovery]*, a case management conference will be held. The conference will serve either as a pre-motion conference for any party seeking to file a summary judgment motion, or a scheduling conference for trial.

        i.   A party wishing to file a summary judgment motion shall file a pre-motion letter, and any party wishing to oppose also shall file a letter at the times and in the form provided in the Court's Individual Rule III.A.1. The Court will set the briefing schedule at the conference. The Court will set a firm trial date after a decision on any summary judgment motion.

        ii.  If no pre-motion letters are timely filed, the conference will be cancelled, and the Court will set dates for trial and pre-trial submissions. The trial date will be firm.

This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein (except as provided in paragraph 8(f)) shall be made in a written application in accordance with the Court's Individual Rules and shall be made no less than 2 business days prior to the expiration of the date sought to be extended.

The Clerk of Court is directed to enter the dates under paragraphs 1, and 2 (a)-(c) into the Court's calendar.

SO ORDERED.

Dated: ~~October 6, 2022~~ February 1, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2