| | |
|---|---|
| Palani Karupaiyan<br>V<br><br>Experis IT et all | In the United States District Court pf New York for Southern District<br><br>Docket# 21-cv-04675-LGS |

To
Hon. Judge Lorna G. Schofield
US District Court for SDNY
40 Foley Square, New York, NY 10007

### RE referral for settlement discussions with the assigned Magistrate Judge or the Court's mediation program

Plaintiff Palani Karupaiyan request this court for

a referral for settlement discussions with the assigned Magistrate Judge or the Court's mediation program

Im copy this letter to the Defendant Experis so they will add there part what request their part of what settlement they needed

Thanks for your time and attention
Palani Karupaiyan                                              Date: Mar 16 2023

Palani Karupaiyan
Ph 212 470 2048(m)
palanikay@gmail.com\

copy to Defendant thru email.