| Palani Karupaiyan et al<br>V<br>Experis US et al | In the United States Dist Court for Southern Dist of New York.<br>Docket#<br>  21-CV-4675 (LGS) |
|---|---|

Motion for Relief in defendant Ms Moore deposition

1) On Mar 3 2023,ECF-76,  this court granted below that
   *Plaintiff is encouraged to take the deposition of Ms. Moore using written interrogatories, pursuant to Federal*
   *Rule of Civil Procedure 31*
2) When Plaintiff try to reach the defendant attorney who replied that they objected, The below is email from Mr Joseph.
   *We object to that. You are not an Officer as defined by FRCP 28. Please see FRCP 30(b)(5). You will have to seek relief from the Court.*
3)  Now the plaintiff pray this court to grant order that
   1) Plaintiff can record the deposition of Ms Moore on plaintiff phone
   2)  Or Plaintiff can type the questions and answer on the laptop
   3) Or plaintiff can write the question and sent to Moore so Ms More can writ and reply back to Plaintiff.

*Respectfully submitted*

*Palani Karupaiyan*

Defendants shall file a letter in response by **March 24, 2023.**
So Ordered.

Dated: March 21, 2023
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE