| | |
|---|---|
| Palani Karupaiyan et al<br>V<br><br>Experis Et al | In the<br>United States Dist Court for SDNY<br>Docket<br>21-cv-04675-LGS |

Plaintiff Reply To Experis' opposition –ECF-82

1) Second Circuit Judge Katherine P Failla, in CVS Health defending case gave me opportunity that I should take deposition against the defendants with recording on the phone. Also Judge Failla suggested that I can use court room. Or I can take over zoom also possible.
2) Tamil Interpreter is not required
   a) During the recruitment process, there was not any interpreter between Plaintiff and Moore.
   b) Hon Judge Failla heard this plaintiff twice without tamil interpreter.
   c) When Experis took deposition, plaintiff did not requested the interpreter.
   d) When CVS health case, there was not an interpreter.
3) When Mr Prising was excluded in the deposition, this court order why Ms Moore can not testify the request should be put to Mr Prising.
4) Now further the defendants come up with Ms Moore will not take deposition because of the defendant placed the foreigner against the US citizen employment which perjury.

5) Simply to avoid the defendant to take oath and testify the defendants were objecting which unfair justice.

6) The plaintiff pray this court that Circuit Judge Hon Failla gave opportunity to this plaintiff to take deposition on recording the voice on phone or similar recording devices.

7) Deposition is integrative away of question. This interactive questionnaire cannot be done in plain paper questions.

8) So plaintiff pray this court to reject the Experis opposition and give opportunity to the plaintiff to take deposition Ms Moore on zoon and record the voice conversation.

Respectfully submitted.

Palani Karupaiyan

110 Caton ave, 2m

Brooklyn, NY 11218

212 470 2048(m)


Copy to defendant attoney Mr Joseph and Ms Lisa thru email