UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PALANI KARUPAIYAN,
                      Plaintiff,

        -against-

EXPERIS IT, et al.,
                      Defendants.
------------------------------------------------------------X

21 Civ. 4675 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a case management conference is scheduled for May 10, 2023.

WHEREAS, on April 28, 2023, Defendants filed a pre-motion letter in anticipation of a motion for summary judgment. An Order issued May 1, 2023, allowed Plaintiff to file a letter in response. No such letter was filed. It is hereby

**ORDERED** that the May 10 conference is **CANCELLED**. It is further

**ORDERED** that Defendants' motion for summary judgment shall be briefed as follows:

- Defendants shall file their motion with a memorandum of law not to exceed twenty-five pages by **June 2, 2023.**

- Plaintiff may, but is not required to, file an opposition, not to exceed twenty-five pages, by **June 30, 2023**.

- If Plaintiff files an opposition, Defendants may file a reply brief by **July 7, 2023**.

Plaintiff is apprised that as a pro se litigant, any submissions he makes shall be construed liberally to raise the strongest arguments they suggest. *See Saeli v. Chautauqua Cnty.*, 36 F.4th 445, 457 (2d Cir. 2022).

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 91.

Dated: May 8, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE