| Palani Karupaiyan et al V Experis USA et al | In the United States Dist Court of SDNY Docket#   21-cv-04675-LGS |
|---|---|

**Letter-Motion to request for**

**i)    waive opposing the defendants Summary Judgment (ECF-104) Memorandum of Law**
**or , alternative**

**ii)   Time Extension to oppose the Summary judgment, memorandum of Law until Jan 2024.**

1) On Jun 30 2023, defendants filed Summary Judgment/memorandum of law –ECF-104.

2) Due to plaintiff injuries caused by defendant, plaintiff is intended/needed to oppose the summary judgment.

3) Due this court ordered that plaintiff is not required to oppose the summary judgment (ECF-97, ECF-99),
   Plaintiff is suffering from extreme high bloodsugar, Blood pressure is 100+, heart pain, tooth need root canal which serious continues pain.
   need to file 4 Petition for writ of certiorari with US Supreme court for USCA3 dockets.
   Plaintiff may not be timely file response.

4)  For any and all reasons stated above, plaintiff prays this court for waive the plaintiff filing opposition to summary judgment, or grant time extension to file opposition to summary judgment until end of Jan 2024.

5)  Plaintiff  prays this court for any and all benefits/relief plaintiff entitled by this motion.

Respectfully submitted

Palani Karupaiyan
212 470 2048 ,palanikay@gmail.com – CC: thru ECF and email.
lgriffith@littler.com,
jgusmano@littler.com