```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
PALANI KARUPAIYAN,                                            :
                              Plaintiff,                      :
                                                              :    21 Civ. 4675 (LGS)
                   -against-                                  :
                                                              :           ORDER
EXPERIS IT, et al.,                                           :
                              Defendants.                     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated April 3, 2023, deemed Plaintiff's written questions of Ms. Moore to be interrogatories and directed Defendants to respond to Plaintiff's interrogatories promptly.  It is hereby

**ORDERED** that Defendants shall file a copy of the interrogatories and Defendants' answers on the docket by **February 9, 2024**

Dated: February 6, 2024
       New York, New York

*(signature)*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**