**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
PALANI KARUPAIYAN,

                      Plaintiff,

       -against-                                21 **CIVIL** 4675 (LGS)

                                                          **<u>JUDGMENT</u>**

EXPERIS US INC., et al.,

                      Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2024, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 15, 2024

                                                               **RUBY J. KRAJICK**
                                                              _____
                                                                  **Clerk of Court**

                                            **BY:**   *K. Mango*
                                                              _____
                                                                   **Deputy Clerk**